CHRIS MALONE

       Plaintiff,

v.                                    Case No.

STEVEN ANGLE, et al.

       Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for CHRIS MALONE ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

South Carolina

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

*(Signature—hand signed)*

Name: Douglas A. Churdar

Firm: Churdar Law Firm

Address:

304 Pettigru Street, Greenville, SC, 29601

Email address:

dachurdar@churdarlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.