IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

CHRIS MALONE,

          Plaintiff,

v.

STEVEN ANGLE, in his individual and official capacity as Chancellor at the University of Tennessee-Chattanooga; MARK WHARTON, in his individual and official capacity as Vice-Chancellor and Athletic Director at the University of Tennessee–Chattanooga; and RUSTY WRIGHT, in his individual and official capacity as Head Football Coach at the University of Tennessee–Chattanooga,

          Defendants.

Case No.

---

## SUMMONS IN A CIVIL ACTION

TO:   RUSTY WRIGHT, Head Football Coach, UT Chattanooga, 407 McKenzie Arena, 720 E. 4th Street, Chattanooga, TN 37403

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day your received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

| | |
|---|---|
| Douglas A. Churdar | Stephen S. Duggins |
| CHURDAR LAW FIRM | LAW OFFICE OF STEPHEN S. DUGGINS |
| Douglas A. Churdar (Fed. No. 5220) | Stephen S. Duggins (BPR 13222) |
| (subject to admission *pro hac vice*) | 8052 Standifer Gap Road, Suite B |
| 304 Pettigru Street | Chattanooga, TN 37421 |
| Greenville, SC 29601 | Phone: (423) 635-7113 |
| Phone: (864) 233-0203 | Fax: (423) 635-7114 |
| Fax: (864) 233-3020 | Email: steve@stevedugginslaw.com |
| Email: dachurdar@churdarlaw.com | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
                                                    Signature of Clerk or Deputy Clerk

Page **2** of **2**

Case 1:21-cv-00089-TAV-SKL   Document 2-4   Filed 04/27/21   Page 2 of 2   PageID #: 21