EXHIBIT A

# Jeanne Fulkerson

**From:** Doug Churdar
**Sent:** Monday, August 8, 2022 3:09 PM
**To:** Fitzgerald, Michael Douglas
**Subject:** RE: Malone v Angle et al
**Attachments:** Acceptance of Service.pdf; Acceptance of Service.pdf

Mike

See attached. Thank you for accepting service on behalf of Scott Altizer and Jay Blackman.

Doug Churdar
Upstate Lawyer
304 Pettigru Street
Greenville, SC 29601

Email: doug@upstatelawyer.com
Office: (864) 233-0203
Cell: (864) 918-7469
Fax: (864) 233-3020

PLEASE NOTE change in Firm Name and email address


CONFIDENTIALITY NOTICE: This e-mail has been sent by a law firm, and the contents may contain confidential, privileged, or otherwise legally protected information. If you are not the intended recipient, you must not read, retain, or disseminate this message. Instead, you must delete this message immediately. It is the intent of the sender and the recipient(s) to preserve the attorney-client privilege, and any unintentional publication of this e-mail is not a waiver of such.


**From:** Fitzgerald, Michael Douglas <mfitzge8@utk.edu>
**Sent:** Monday, August 8, 2022 12:38 PM
**To:** Doug Churdar <Doug@upstatelawyer.com>
**Cc:** Caiazza, Tina <tina.caiazza@tennessee.edu>
**Subject:** RE: Malone v Angle et al

Doug:
I will accept service on behalf of Scott and Jay.
Thanks,
Mike

**From:** Doug Churdar <Doug@upstatelawyer.com>
**Sent:** Friday, August 5, 2022 1:52 PM
**To:** Fitzgerald, Michael Douglas <mfitzge8@utk.edu>

**Cc:** Caiazza, Tina <tina.caiazza@tennessee.edu>
**Subject:** Malone v Angle et al

Mike:

Good talking with you earlier. The 2ⁿᵈ Amended Complaint has been filed. As far as I'm concerned, you don't need to answer it. But that's your call. Will you accept service on behalf of Scott Altizer and Jay Blackman? Considering where we ae now, I will be happy to consider a positive response to be acceptance of service.

I also want to confirm that we are withdrawing Malone's demand of ~~$400,000.00~~ – I don't even know what the various mediation moves were off the top of my head. But we will need to start over if we end up discussing settlement at any point.

Feel free to call me at any time. Thank you very much.

Doug Churdar
Upstate Lawyer
304 Pettigru Street
Greenville, SC 29601

Email: doug@upstatelawyer.com
Office: (864) 233-0203
Cell: (864) 918-7469
Fax: (864) 233-3020

PLEASE NOTE change in Firm Name and email address

CONFIDENTIALITY NOTICE: This e-mail has been sent by a law firm, and the contents may contain confidential, privileged, or otherwise legally protected information. If you are not the intended recipient, you must not read, retain, or disseminate this message. Instead, you must delete this message immediately. It is the intent of the sender and the recipient(s) to preserve the attorney-client privilege, and any unintentional publication of this e-mail is not a waiver of such.