# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| CHRIS MALONE,<br><br>                          Plaintiff,<br><br>v.<br><br>STEVEN ANGLE, in his individual and official capacity as, Chancellor at the University of Tennessee-Chattanooga; MARK WHARTON, in his individual and official capacity as Vice-Chancellor and Athletic Director at the University of Tennessee–Chattanooga; and RUSTY WRIGHT, in his individual and official capacity as Head Football Coach at the University of Tennessee–Chattanooga,<br><br>                        Defendants. | Case No. 1:21-CV-00089<br><br><br>**MOTION FOR ORDER<br>OF PROTECTION** |

Counsel for Plaintiff hereby moves the Court for an Order protecting this case from being called for trial for the following dates:

1. October 20-26, 2022.
2. November 18, 2022.
3. December 2, 2022.
4. January 19- 24, 2023.
5. February 3-10, 2023.
6. March 17, 2023 – April 2, 2023.

Counsel for Plaintiff has prearranged personal leave and family vacation scheduled for these dates and would need a week upon his return to finalize preparation for trial.

/s/Douglas A. Churdar_____
CHURDAR LAW FIRM
Douglas A. Churdar (Fed. No. 5220)
304 Pettigru Street
Greenville, SC  29601
Phone: (864) 233-0203
Fax:    (864) 233-3020
Email: dachurdar@churdarlaw.com

/s/ Stephen S. Duggins
LAW OFFICE OF STEPHEN S. DUGGINS
Stephen S. Duggins (BPR 13222)
8052 Standifer Gap Road, Suite B
Chattanooga, TN  37421
Phone: (423) 635-7113
Fax: (423) 635-7114
Email: steve@stevedugginslaw.com