IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| CHRIS MALONE,<br><br>          Plaintiff,<br><br>v.<br><br>STEVEN ANGLE, in his individual and official capacity as Chancellor at the University of Tennessee-Chattanooga; MARK WHARTON, in his individual and official capacity as Vice-Chancellor and Athletic Director at the University of Tennessee–Chattanooga; and RUSTY WRIGHT, in his individual and official capacity as Head Football Coach at the University of Tennessee–Chattanooga,<br><br>          Defendants. | Case No. 1:21-CV-00089<br><br>**MOTION FOR ORDER OF PROTECTION** |

Counsel for Plaintiff hereby moves the Court for an Order protecting this case from being called for trial for the following dates:

1. 6/3/23 to 7/4/23.
2. 7/22/23 to 7/30/23.
3. 8/26/23 to 9/2/23.
4. 10/6/23 to 10/21/23.
5. 11/9/23 to 11/12/23.
6. 12/7/23 to 12/10/23.
7. 1/26/24 to 2/5/24.

Counsel for Plaintiff has prearranged personal leave and family vacation scheduled for these dates and would need a week upon his return to finalize preparation for trial.

| | |
|---|---|
| /s/Douglas A. Churdar | /s/ Stephen S. Duggins |
| CHURDAR LAW FIRM | LAW OFFICE OF STEPHEN S. DUGGINS |
| Douglas A. Churdar (Fed. No. 5220) | Stephen S. Duggins (BPR 13222) |
| 304 Pettigru Street | 8052 Standifer Gap Road, Suite B |
| Greenville, SC 29601 | Chattanooga, TN 37421 |
| Phone: (864) 233-0203 | Phone: (423) 635-7113 |
| Fax: (864) 233-3020 | Fax: (423) 635-7114 |
| Email: dachurdar@churdarlaw.com | Email: steve@stevedugginslaw.com |

Attorneys for Plaintiff