IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| CHRIS MALONE,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN ANGLE, in his individual and official capacity as Chancellor at the University of Tennessee-Chattanooga; MARK WHARTON, in his individual and official capacity as Vice-Chancellor and Athletic Director at the University of Tennessee–Chattanooga; and RUSTY WRIGHT, in his individual and official capacity as Head Football Coach at the University of Tennessee–Chattanooga,<br><br>    Defendants. | Case No. 1:21-CV-00089<br><br>**AMENDED MOTION FOR ORDER OF PROTECTION** |

Counsel for Plaintiff hereby moves the Court for an Order protecting this case from being called for trial for the following dates:

1. 6/30/23 to 7/5/23.
2. 7/22/23 to 7/30/23.
3. 8/26/23 to 9/2/23.
4. 10/6/23 to 10/21/23.
5. 11/9/23 to 11/12/23.
6. 12/7/23 to 12/10/23.
7. 1/26/24 to 2/5/24.

Counsel for Plaintiff has prearranged personal leave and family vacation scheduled for these dates and would need a week upon his return to finalize preparation for trial.

| | |
|---|---|
| /s/Douglas A. Churdar<br>CHURDAR LAW FIRM<br>Douglas A. Churdar (Fed. No. 5220)<br>304 Pettigru Street<br>Greenville, SC 29601<br>Phone: (864) 233-0203<br>Fax: (864) 233-3020<br>Email: dachurdar@churdarlaw.com | /s/ Stephen S. Duggins<br>LAW OFFICE OF STEPHEN S. DUGGINS<br>Stephen S. Duggins (BPR 13222)<br>8052 Standifer Gap Road, Suite B<br>Chattanooga, TN 37421<br>Phone: (423) 635-7113<br>Fax: (423) 635-7114<br>Email: steve@stevedugginslaw.com |

Attorneys for Plaintiff