UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRIS MALONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:21-CV-89-KAC-SKL |
| STEVEN ANGLE, et al., | ) ) ) |
| Defendants. | ) |

## ORDER DENYING MOTIONS "FOR ORDER OF PROTECTION"

Before the Court are Plaintiff's (1) "Motion for Order of Protection," [Doc. 78], and (2) "Amended Motion for Order of Protection," [Doc. 79], which ask the Court to "protect[] this case from being called for trial" on certain dates, [Docs. 78 at 1; 79 at 1]. This case is stayed pending adjudication of Defendants' "Motion for Summary Judgment" [*See* Doc. 76 at 2]. The Court has set an in-person hearing regarding Defendants' "Motion for Summary Judgment" [Doc. 54] for June 14, 2023, at 2:00 p.m. [*See* Docs. 76 at 1; 77 at 1-2]. As the Court previously stated, "[o]nce the Court adjudicates Defendants' 'Motion for Summary Judgment' [Doc. 54], the Parties will be in a position to promptly consider the Court's ruling and, as appropriate, engage in mediation or diligently continue the litigation of this matter" [Doc. 76 at 2]. Plaintiff's Amended Motion is, therefore, premature. Accordingly, the Court **DENIES** Plaintiff's "Amended Motion for Order of Protection" [Doc. 79]. The Court further **DENIES** Plaintiff's initial "Motion for Order of Protection" [Doc. 78], later amended, as **MOOT**.

IT IS SO ORDERED.

/s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge