IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| **CHRIS MALONE**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-00089 |
| **RUSTY WRIGHT,** | ) ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT

Per the Court's Order Continuing Stay of Action [Doc #101], the parties, through counsel, jointly submit this status report.

The Tennessee Board of Claims has now approved the agreed upon settlement of this matter. Once final settlement funds are disbursed, the parties will file a Joint Proposed Order of Dismissal.

Accordingly, the parties request the matter remain Stayed for an additional 60 days, or until February 5, 2025, by which time the parties will have presented a proposed order of dismissal or an updated Joint Status Report.

Respectfully submitted this the 6th day of December, 2024.

*s/Douglas A. Churdar (w/perm. MDF)*
Douglas A. Churdar, Fed. No. 5220
Upstate Lawyer/Churdar Law Firm
304 Pettigru Street
Greenville, SC 29601
864-233-0203
doug@upstatelawyer.com
*Attorney for the Plaintiff*

*s/Michael D. Fitzgerald*
Michael D. Fitzgerald, TN BPR #020079
Associate General Counsel
The University of Tennessee
Office of General Counsel
505 Summer Place – UT Tower 1155
Knoxville, TN 37902
865-974-9321
mike.fitzgerald@tennessee.edu
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2024, the foregoing Joint Status Report was filed using the Court's electronic filing system and a copy will be served upon all counsel of record, including the following, via the Court's CM/ECF system:

                Douglas A. Churdar, Esq.
                Upstate Lawyer/Churdar Law Firm
                304 Pettigru Street
                Greenville, SC 29601
                doug@upstatelawyer.com

                                        *s/Michael D. Fitzgerald*
                                        Michael D. Fitzgerald (TN BPR #020079)