IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| **CHRIS MALONE**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-00089 |
| | ) |
| **RUSTY WRIGHT**, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

All parties to this action, as indicated by the signatures of counsel below, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. All parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties jointly move the Court for the entry of an Order of Dismissal, dismissing this case in its entirety, WITH prejudice. A draft Order is attached hereto as Exhibit A.

Respectfully submitted this the 6th day of January, 2025.

*s/Douglas A. Churdar (w/perm. MDF)*
Douglas A. Churdar, Fed. No. 5220
Upstate Lawyer/Churdar Law Firm
304 Pettigru Street
Greenville, SC 29601
864-233-0203
doug@upstatelawyer.com
*Attorney for the Plaintiff*

*s/Michael D. Fitzgerald*
Michael D. Fitzgerald, TN BPR #020079
Associate General Counsel
The University of Tennessee
Office of General Counsel
505 Summer Place – UT Tower 1155
Knoxville, TN 37902
865-974-9321
mike.fitzgerald@tennessee.edu
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, the foregoing Joint Stipulation of Dismissal With Prejudice was filed using the Court's electronic filing system and a copy will be served upon all counsel of record, including the following, via the Court's CM/ECF system:

> Douglas A. Churdar, Esq.
> Upstate Lawyer/Churdar Law Firm
> 304 Pettigru Street
> Greenville, SC 29601
> doug@upstatelawyer.com

> *s/Michael D. Fitzgerald*
> Michael D. Fitzgerald (TN BPR #020079)