IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| Chris Malone, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 1:21-cv-00089 |
| Rusty Wright, | ) ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties, as indicated by their Joint Stipulation of Dismissal, announced to the Court that the claims in this cause have been settled and amicably resolved. Therefore, the parties hereto request that proceedings in the above-referenced matter be voluntarily dismissed with prejudice.

For good cause shown, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this case be dismissed WITH prejudice. Each party shall bear its own costs.

ENTERED this the _____ day of _____, 2025.

_____
HONORABLE KATHERINE A. CRYTZER
UNITED STATE DISTRICT JUDGE

**EXHIBIT A**